**Order entered June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01459-CV

**STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN MORRIS, Appellants**

**V.**

**JAMES REEDER AND EDDIE CORBITT, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-98-00869-D**

## ORDER

We **DENY** appellants' June 15, 2015 unopposed motion for leave to file brief in excess of word limit imposed by rule 9.4(i). Because the brief is now past due, we **GRANT** appellants additional time to file the brief and **ORDER** the brief be filed no later than July 20, 2015.


/s/    CRAIG STODDART
JUSTICE